IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH and SHELLEY RUFF, as husband and wife and as parents and natural guardians of K.R., a minor,, : : : : Plaintiffs, : vs. : : MOUNT PLEASANT AREA SCHOOL : DISTRICT, MRS. CHARLENE : CIUFFOLETTI, MS. B.J. and her son : K.J., MR. and MRS. K. and their son : T.K., and MRS. B.G. and MR. J.P. and : their son J.T., and MR. and MRS. G. and : their son A.G., and MR. and MRS. S. and : their son M.S., : Defendants. : | Civil Action No. 05-0361<br><br>Filed Electronically<br><br><br>JUDGE DONETTA W. AMBROSE |

## ORDER GRANTING DISMISSAL OF DEFENDANTS – MOUNT PLEASANT AREA SCHOOL DISTRICT AND CHARLENE CIUFFOLETTI

AND NOW, this 26th day of June 2006, upon consideration of this Joint Motion for Dismissal, it is hereby ORDERED that the same is GRANTED and this matter shall be marked as dismissed, settled and discontinued as to Defendants Mount Pleasant Area School District and Mrs. Charlene Ciuffoletti.

BY THE COURT:

Donetta W. Ambrose
United States District Judge